IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:15-CV-56-FL

| | |
|---|---|
| ALAN PETERSON, <br>     Plaintiff, <br><br> v. <br><br> ENVOY AIR INC., formerly <br> American Eagle Airlines, Inc., a Delaware <br> corporation doing business in North <br> Carolina; AMERICAN AIRLINES, <br> INC., a Delaware corporation doing <br> business in North Carolina; and <br> AMERICAN AIRLINES GROUP INC., a <br> Delaware Corporation; <br>     Defendants. | ORDER |

Plaintiff has filed a Motion to be permitted to file a Reply pleading last clear chance.

Counsel for Defendants has no objection.

THEREFORE, it is ordered that Plaintiff shall be permitted to file a Reply.

So ordered this the 25th day of February, 2015.

*/s/ Louise W. Flanagan*
Honorable Louise W. Flanagan
US District Court Judge