UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALAN PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:15-CV-56-FL |
| ENVOY AIR, INC., formerly known as ) | |
| American Eagle Airlines, Inc.; AMERICAN ) | |
| AIRINES, INC.; and AMERICAN AIRLINES ) | |
| GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiffs's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 7, 2015, and for the reasons set for more particularly therein, that the plaintiff's motion to remand is granted, and this case is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina, for further proceedings.

**This Judgment Filed and Entered on April 7, 2015, and Copies To:**

Steven R. Edelstein and J. Mitchell Armbruster (via CM/ECF Notice of Electronic Filing)
The Honorable Jennifer Knox, Wake County Clerk of Superior Court
    (via U.S. mail) PO Box 351, Raleigh, NC 27602

April 7, 2015                      JULIE RICHARDS JOHNSTON, CLERK
                                     /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk